The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Barbara Tomaszewski, a single person,<br>Plaintiff,<br><br>v.<br><br>Dollar Tree Stores, Inc., a Foreign Corporation doing business in King County, Washington,<br><br>Defendant. | NO. 22-1710<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT AND FOR REMAND** |

This matter comes before the Court on Plaintiff's Motion & Declaration to Amend Complaint and for Remand. (Dkt. 13). Having thoroughly considered the briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS Plaintiff's motion to amend her Complaint to join SBI Burien, LLC, a Washington Limited Liability Corporation, as defendant Dollar Tree Stores, Inc., does not oppose the motion and it is otherwise well-grounded. Given that the newly joined defendant would eliminate the complete diversity requirements for this Court to retain jurisdiction, it is appropriate to remand this case to the King County Superior Court, from which it was removed. Therefore, Plaintiff's motion for remand is also GRANTED, and the Clerk is directed to remand this case to King County Superior Court.

DATED this 6th day of March, 2023.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER

- 1